No. 03–6727. MARINO S. v. ANGEL GUARDIAN CHILDREN & FAMILY SERVICES, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–6729. LIVINGSTON v. ZIMMER. Ct. App. D. C. Certiorari denied.

No. 03–6730. SPELLS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6732. PHILLIPS v. FORD MOTOR Co. C. A. 6th Cir. Certiorari denied.

No. 03–6748. LEACH v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–6752. TALBURT v. WOLFE, SUPERINTENDENT, ALBION STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 03–6765. DUNCAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6772. JOHNSON v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6782. LYNCH v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–6783. LOMHOLT v. IOWA. C. A. 8th Cir. Certiorari denied.

No. 03–6807. MUSGRAVE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–6808. SWAIN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–6810. CAUSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.